UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRAIG D. ANDERSEN, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-00082 |
| | § § | |
| WELLS FARGO BANK, N.A., | § § | |
| Defendant. | § § | |

# ORDER

Defendant in this case filed a Motion for Summary Judgment (Doc. No. 16). Plaintiffs responsively filed a Notice of Nonopposition to Defendant's Motion for Summary Judgment. Accordingly, there is no genuine dispute as to any material fact and Defendant's Motion is **GRANTED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 20th day of February, 2018.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE