# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CRAIG D. ANDERSEN, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-00082 |
| | § § | |
| WELLS FARGO BANK, N.A., | § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Plaintiffs Craig D. Andersen and Shelly A. Andersen brought this suit against Defendant Wells Fargo Bank, N.A. ("Wells Fargo") to preclude Wells Fargo from foreclosing on certain real property. Wells Fargo filed a Motion for Summary Judgment. (Doc. No. 18.) The Court granted that motion on February 20, 2018. There are no remaining claims in the case, as Plaintiffs confirmed at a hearing on February 16, 2018.

Accordingly, pursuant to Federal Rule of Civil Procedure 58(a), final judgment is hereby **ENTERED** for Defendant Wells Fargo Bank, N.A.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th day of February, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE